**Ronald R. PIERCE, Appellant,**

v.

**Virgina C. PIERCE, Respondent.**

**No. 70121.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 3, 1996.

Ronald R. Pierce, Jefferson City, pro se.

Sidney A. Thayer, Jr., Washington, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Husband, *pro se*, appeals from the trial court's judgment decree of divorce and award of custody and child support to Wife. An extended opinion would have no prece-

dential value. The judgment of the trial court is affirmed. Rule 84.16(b).